UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Morris Glidden</u>

   v.            10-cv-350-SM

<u>Franklin County Probate/Family Court</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The  in the above-captioned case contains one or more personal identifiers listed in . Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the . Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the , the clerk shall limit remote access accordingly pursuant to .

  **SO ORDERED**.

                 /s/Daniel J. Lynch
                 Daniel J. Lynch
                 United States Magistrate Judge

Date:  August 12, 2010

cc:  Morris Glidden, pro se