# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Morris Glidden

       v.                                           10-cv-350-SM

Franklin County Probate/Family Court

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The  writ of mandamus in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the writ of mandamus.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the writ of mandamus,  the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(a).

     **SO ORDERED**.

                                      /s/ Daniel J. Lynch
                                      Daniel J. Lynch
                                      United States Magistrate Judge

Date:  August 12, 2010

cc:     Morris Glidden, pro se