UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Morris Glidden</u>

    v.           Civil No. 10-cv-350-SM

<u>Franklin County Probate/Family Court</u>
<u>Cheshire County Superior Court</u>

<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 3, 2010, no objection having been filed, for the reasons set forth therein.  The case is hereby dismissed in its entirety.

  SO ORDERED.

December 2, 2010           _____
                 Steven J. McAuliffe
                 Chief United States District Judge

cc:  Morris Glidden, pro se